IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN D. LEE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Civil Action No. 03-185 Erie |
| | ) | |
| M.D. MAGNUS K. IKHINMWIN, et. al., | ) | |
|     Defendants. | ) | |

**O R D E R**

AND NOW, to with, this 5th day of July, 2005, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed.  The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation.  It appears no further action is required by the Court at this time.

    S/ Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge