## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| KAREN D. LEE, by the Family Trust, her Guardian *Ad Litem* | : | |
| | : | CIVIL ACTION NO. 03-185 Erie |
| vs. | : | |
| | : | |
| MAGNUS K. IKHINMWIN, M.D.,  and COMMUNITY HEALTH NET, and HAMOT MEDICAL CENTER | : : : | |
| | : | |

## ORDER

AND NOW, this _____ day of  November, 2005, upon consideration of plaintiff, Karen

D. Lee's, Motion to Enforce Settlement Between Plaintiff and Defendant, United States of

America, it is hereby adjudged that said Motion is GRANTED.  The United States is hereby

Ordered to re-quote the three structured settlement annuities referred to in Plaintiff's Motion

upon receipt of this Order and to conclude settlement of this case by making tender of the cash

portion of the settlement proceeds to Plaintiff's counsel within twenty (20) days of the date of

this Order.

_____
Susan Paradise Baxter
Chief United States Magistrate Judge