# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Lee  
_____ )  
_____ )  
            Plaintiff   )  
                       )  
   vs.             ) No. 03-185 Erie  
U.S.A.                )  
_____ )  
       Defendant  )

HEARING ON Telephonic Status Conference

Held on December 1, 2005

Before Judge McLaughlin

Denis Krill             Michael Colville

   Appear for Plaintiff           Appear for Defendant

Hearing begun 3:11 p.m.      Hearing adjourned to 3:29 p.m.

Hearing concluded C.A.V. _____    Stenographer Rox Bench

                                      Clerk Cindi Sander

## WITNESSES:

For Plaintiff                           For Defendant

π's mtn withdrawn on record

Order to follow: Δ's Counsel must advise Court by 12-15-05 of D.O.J. approval.