IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN D. LEE, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 03-185 Erie |
| v. | ) |
| M.D. MAGNUS K. IKHINMWIN, et al., | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 1st day of December, 2005, after a telephonic conference with counsel, IT IS HEREBY ORDERED that the United States advise Plaintiff's counsel and the Court no later than December 15, 2005, as to whether the terms and conditions of the proposed settlement agreement outlined before Magistrate Judge Susan Paradise Baxter on June 16, 2005 are, or are not, approved.

s/ Sean J. McLaughlin
United States District Judge

cc: All parties of record.